UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL PRODUCTS INC.,

        Plaintiff,

    v.

BELKIN INTERNATIONAL, INC.,

        Defendant.

C16-402 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue expert disclosure deadlines, docket no. 37, is GRANTED as follows. The deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED to August 28, 2017, and the deadline for exchange of rebuttal expert reports is EXTENDED to September 28, 2017. All other dates and deadlines set forth in the Minute Order entered October 27, 2016, docket no. 20, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2017.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1