1

2

3

4

5                    UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
6                            AT SEATTLE

7   NATIONAL PRODUCTS INC.,

8                    Plaintiff,

9         v.                                    C16-402 TSZ

10  BELKIN INTERNATIONAL, INC.,                  MINUTE ORDER

11                   Defendant.

12
          The following Minute Order is made by direction of the Court, the Honorable
13  Thomas S. Zilly, United States District Judge:

14        (1)     The parties' stipulated motion to extend deadlines, docket no. 44, is
    GRANTED in part and DENIED in part as follows.  The deadline for completing
15  discovery is CONTINUED from December 1, 2017, to January 2, 2018.  The parties'
    motion is otherwise denied, and all other dates and deadlines set forth in the Minute
16  Order entered October 27, 2016, docket no. 20, shall remain in full force and effect.

17        (2)     The Clerk is directed to send a copy of this Minute Order to all counsel of
    record.

18        Dated this 7th day of December, 2017.

19

20                                         William M. McCool
                                           Clerk
21
                                           s/Karen Dews
22                                         Deputy Clerk

23

MINUTE ORDER - 1